**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 16-61053MP |
| | Citizenship: MEXICO |
| Nicolas Montohano-Orgaz | DOA: 11/03/2016 |
| YOB: 1975 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about August 5, 2016, near Nogales, Arizona in the District of Arizona, Defendant Nicolas MONTOHANO-Orgaz, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near Blythe, California. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near Nogales, Arizona on August 5, 2016.

File Date: 11/04/2016                              at Yuma, Arizona

Joseph Comella, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 11/04/2016

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: 262207CC4

Magistrate Information Sheet

Complaint: Nicolas Montohano-Orgaz

Criminal History: 04/04/2012, Tucson, Arizona, Illegal Entry(M), Convicted, 150 Days Imprisonment. 12/07/2014, Tucson, Arizona, Marijuana-Smuggling(F), Convicted, 15 Months Imprisonment / 3 Yrs Sup. Release.

Immigration History: Deported- 5X, 01/08/2016, DEL RIO, TX, INTL BRIDGE.